## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

SUNHA FAJARDO,

Plaintiff,

v.                                          Case No. 6:11-cv-165-Orl-22GJK

WOOD LAW, P.C., aka, RIDDLE &
ASSOCIATES.,

Defendant.

_____/


### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of

Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.


Dated: April 5, 2011                    Respectfully submitted,


                                        /s Andrew I. Glenn_____
                                        Andrew I. Glenn, Esq.
                                        E-mail:  AGlenn@cardandglenn.com
                                        Florida Bar No.:  577261
                                        J. Dennis Card, Jr., Esq.
                                        E-mail:DCard@cardandglenn.com
                                        Florida Bar No.  0487473
                                        Card & Glenn, P.A.
                                        2501 Hollywood Boulevard, Suite 100
                                        Hollywood, Florida 33020
                                        Telephone:  (954) 921-9994
                                        Facsimile:  (954) 921-9553
                                        Attorneys for Plaintiff